UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPINNAKER SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

RMC INVESTMENTS USA, LLC and FAY SERVICING, LLC,

Defendants.
______________________________/

Case No. 4:26-cv-13146

F. Kay Behm
United States District Judge

**ORDER GRANTING IN PART PLAINTIFF'S MOTION (ECF No. 8) AND ORDERING AN AMENDED RESPONSE TO THE SHOW CAUSE ORDER**

Plaintiff Spinnaker Specialty Insurance Company filed this civil action in the Eastern District of Michigan on September 1, 2026, against Defendants RMC Investments USA, LLC and Fay Servicing, LLC. (ECF No. 1). Seeking assurance that the Court has subject matter jurisdiction over this diversity action, on September 17, 2026, the Court entered a show cause order requiring Plaintiff to fully allege the citizenship of each member of both LLC Defendants within 14 days. (ECF No. 5). On October 1, 2026, in lieu of a response, Plaintiff filed a motion for an extension, explaining that Plaintiff has

been unable to discover the citizenship of each member of the Defendant LLCs despite a diligent search, and requesting that the Court extend the deadline for a response and permit limited jurisdictional discovery, or in the alternative, require Defendants to disclose the citizenship of their members upon filing of their appearances and allow Plaintiff leave to amend the complaint. (ECF No. 8).

The Sixth Circuit has found that district courts have the discretion to allow limited jurisdictional discovery under these circumstances, and the Court finds that to be the most prudent course of action. *See Cooper v. Glen Oaks Healthcare LLC*, No. 22-5570, 2023 WL 165961, at *3 (6th Cir. Jan. 12, 2023) (citing *Hohman v. Eadie*, 894 F.3d 776, 781 (6th Cir. 2018)). As such, Plaintiff's motion is **GRANTED IN PART**, and Plaintiff is permitted to undertake limited jurisdictional discovery to ascertain the citizenship of each member (and sub-member) of Defendants RMC Investments USA, LLC and Fay Servicing, LLC.

The Court **FURTHER ORDERS** that jurisdictional discovery will be open until **November 4, 2026.** After ascertaining the citizenship of the Defendant LLCs, Plaintiff shall file an amended response to this Court's Show Cause Order **within 7 days** of the close of discovery.

**SO ORDERED.**

Date: October 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge