UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPINNAKER SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

RMC INVESTMENTS USA, LLC, a Delaware limited liability company; and FAY SERVICING, LLC, an Illinois limited liability company;

Defendants.

Case No.: 4:26-cv-13146

The Honorable F. Kay Behm

**STIPULATED ORDER SETTING ASIDE DEFAULT OF DEFENDANT RMC INVESTMENTS USA, LLC**

UPON STIPULATION AND AGREEMENT, Plaintiff SPINNAKER SPECIALTY INSURANCE COMPANY ("Plaintiff") and Defendant RMC INVESTMENTS USA, LLC ("Defendant RMC"), by and through their respective counsel of record, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Default entered against Defendant RMC on October 7, 2026 [ECF 11] is hereby set aside.

[Stipulations contained on page 2]

**SO ORDERED.**

Dated: November 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Approved as to Form:

/s/ Julie I. Fershtman
Julie I. Fershtman (P 39282)
Attorney for Plaintiff

/s/ Sarah Wykoff (w/permission 11/11/26)
Sarah Wykoff (P 76321)
Attorney for Defendant RMC, only